UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80108-CR-ROSENBERG/REINHART

UNITED STATES OF AMERICA

vs.

LAWRENCE WEISBERG,

Defendant.
_____/

FILED by ___ D.C.
JUN 1 8 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER TO UNSEAL

THIS CAUSE came before the Court on the Motion of the United States to Unseal the Information and all related documents in this matter. It appearing to the Court that the motion is well taken and should be granted,

IT IS HEREBY ORDERED that the Information and all related documents are hereby unsealed and may be placed in the public portion of the court file.

DONE AND ORDERED in West Palm Beach, Florida, this 18th day of June, 2018.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE